UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>OMNIVISION TECHNOLOGIES, INC.<br><br>This Document Relates To:<br><br>CASE NOS. 04-2297-SC, 04-2298-SC, 04-2385-SC, 04-2410-SC, 04-2419-SC, 04-2425-SC, 04-2433-SC, 04-2474-SC, 04-2514-SC, 04-2525-SC, 04-2570-SC, and 04-4350-SC | Master File No.<br>C-04-2297 SC<br><br><u>JUDGMENT</u> |

The parties in this litigation stipulated to a settlement of all claims. <u>See</u> Stipulation of Settlement, Docket No. 213 ("Settlement"). Pursuant to the Settlement and the Court's Order Granting Plaintiffs' Motion for Final Approval of Settlement and the Plan of Allocation; Approving Application for Fees and Expenses, Docket No. 248, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendants and their various insurers shall deposit $13,750,000.00 into a Gross Settlement Fund, as described in the Settlement.

2. Plaintiffs' Counsel are hereby awarded 28% of the Gross Settlement Fund in fees, which sum the Court finds to be fair and reasonable, and $560,489.90 in reimbursement of expenses, which expenses shall be paid to Lead Counsel from the Settlement Fund with interest from the date

such Settlement Fund was funded to the date of payment at the same net rate that the Settlement Fund earns. The award of attorneys' fees shall be allocated among Plaintiffs' Counsel in a fashion which, in the opinion of Lead Counsel, fairly compensates Plaintiffs' Counsel for their respective contributions in the prosecution of this action.

3. Lead Plaintiff Ken Churchill as Trustee for the Churchill Family Trust is hereby awarded $5,506.80, Lead Plaintiff Gerald A. Madore is hereby awarded $15,055.00, Lead Plaintiff Rocco Peters is hereby awarded $7,000.00, and Lead Plaintiff Michael J. Hannan on behalf of Coyote Growth Management is hereby awarded $2,352.00. Such awards are for reimbursement of these Lead Plaintiffs reasonable costs and expenses (including lost wages) directly related to their representation of the Class.

4. The Plan of Allocation is approved as fair and reasonable, and Plaintiffs' Counsel and the Claims Administrator are directed to distribute the Net Settlement Fund in accordance with its terms and provisions.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: December 6, 2007

_____
UNITED STATES DISTRICT JUDGE

2